

## NUMBER 13-18-00084-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DNR BUSINESS, INC., SHAHADAT
BHUIYAN, INDIVIDUALLY, AND
MANZUR MURSHED, INDIVIDUALLY,                          Appellants,

v.

SUSSER PETROLEUM OPERATING
COMPANY, L.L.C.,                                        Appellee.

On appeal from the County Court at Law No. 3
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Longoria**

Appellant, DNR Business, Inc., Shahadat Bhuiyan, Individually, and Manzur

Murshed, Individually, perfected an appeal from a judgment entered by the County Court

at Law No. 3 of Nueces County, Texas, in cause number 2016CCV-60266-3. The

parties have filed an agreed motion to dismiss appeal on grounds the parties have entered into a mediated settlement agreement which disposes of all issues in the case. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA,
Justice

Delivered and filed the
24th day of May, 2018.